UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENATO PAGTALUNAN, et al.,

    Plaintiffs,

    v.

E*TRADE BANK FORMERLY KNOWN AS TELEBANK,

    Defendant.
_____/

No. C 13-1335 PJH

**ORDER DISMISSING CASE**

The court having dismissed the complaint on July 29, 2013, and plaintiffs having failed to file an amended complaint within the time set by the court, the above-entitled action is hereby dismissed.

**IT IS SO ORDERED.**

Dated: August 27, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge